Madelyn Graffia
1305 Arenal Court
Santa Fe, NM 87501
201-463-6805
PRO SE

IN RE:
MADELYN GRAFFIA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

CHAPTER 13 Case No: 10-50203

### RESPONSE TO TRUSTEES MOTION TO DISMISS PETITION AND APPLICATION TO CONVERT CASE TO CHAPTER 7 AND CONDITIONAL CHANGE OF VENUE

Madelyn Graffia debtor, PRO SE, says as follows:

1. I request that my Chapter 13 be dismissed as allowed under 11 § 1307 (b) of the United States Bankruptcy Code which states that the court shall dismiss a Chapter 13 on request of the debtor at any time, if the case has not been converted under section 706, 1112 or 1208 of this title...

2. I oppose the Trustee's Application to Convert my case to a Chapter 7. If the court will not dismiss my chapter 13 as requested in paragraph 1 above, I respectfully request that my Chapter 13 be transferred to the Bankruptcy Court for the District of New Mexico. I have been a resident of New Mexico since December 2011. It is most inconvenient and very expensive for me travel to New Jersey for any necessary hearing and taking time off work to do so will put my job in at risk. I do not believe that any of my creditors will be affected by moving my case to New Mexico and any Motion to Convert should be determined by the bankruptcy court in New Mexico.

3. I am filing this PRO SE as I have consented to my chapter 13 attorney to withdraw and no longer

want him to represent me and he may have officially withdrawn at the time this is received and considered.

WHEREFORE I request this court to dismiss my Chapter 13 or if the court will not do so to transfer my Chapter 13 case to the United States Bankruptcy Court for the District of New Mexico.

Respectfully submitted,

*Madelyn Graffia*
Madelyn Graffia
1305 Arenal Court
Santa Fe, NM 87501
201-463-6805
PRO SE

On May 21, 2014   I mailed a copy of this document to Marie-Ann Greenberg, Trustee 30 Two Bridges Road Suite 330 Fairfield, NJ 07004-1550 and Jonathan Stone 490 Schooley's Mountain Road Bldg. 3A Hackettstown, NJ 07840.

*Madelyn Graffia*
Madelyn Graffia

Response to motion to dismiss.wpd