| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| MARIE-ANN GREENBERG, MAG-1284<br>MARIE-ANN GREENBERG, STANDING TRUSTEE<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004<br>(973) 227-2840<br>Chapter 13 Standing Trustee |

Order Filed on 6/6/2014 by Clerk U.S. Bankruptcy Court District of New Jersey

| In Re:<br><br>MADELYN GRAFFIA | Case No.: 10-50203<br><br>Hearing Date: 6/5/2014<br><br>Judge: MORRIS STERN |
|---|---|

**ORDER TO CONVERT CHAPTER 13 CASE TO CHAPTER 7**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: 6/6/2014**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Debtor:  MADELYN GRAFFIA

Case No. 10-50203

Caption of Order: **ORDER TO CONVERT CHAPTER 13 CASE TO CHAPTER 7**

---

THIS MATTER having been scheduled before the Court on 6/5/2014 for a Hearing on Trustee's Motion to Dismiss Case, and good sufficient cause having been shown, it is:

ORDERED, that the case shall be converted to Chapter 7.

ORDERED, that the appointment of Marie-Ann Greenberg is hereby terminated.

ORDERED, that within 120 days of the date of this Order, the Chapter 13 Trustee shall file a Final Report including an accounting of all receipts and distributions, or a statement indicating why the report cannot be filed.

ORDERED, that within 15 days the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed, and

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this Order, and

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this Order, and

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this Order.

*Approved by Judge Novalyn L. Winfield June  06, 2014*