## CERTIFICATION

      I certify that pursuant to local Rule D.N.J. LBR 2014-1(a), I served a clear copy of the within Application, Affidavit and Order simultaneously with electronic filing via email to Roberta DeAngelis, U.S. Trustee, One Newark Center, Suite 2100, Raymond Blvd. & McCarter Highway, Newark, New Jersey 07102, Kirsten B. Ennis, Esq. attorney for debtor and secured creditors Chase Mortgage and Township of Jefferson via regular mail.

                                                            */s/ Steven P. Kartzman*
                                                            STEVEN P. KARTZMAN

DATED:  August 13, 2014