**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
By: Steven P. Kartzman, Esq. (SPK 5289)
(973) 267-0220
*Attorneys for Trustee, Steven P. Kartzman*

|  |  |
|---|---|
| In Re:<br><br>**MADELYN GRAFFIA,**<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>CHAPTER 7<br><br>CASE NO. 10-50203 TBA<br><br>**AFFIDAVIT OF STEVEN P. KARTZMAN, TRUSTEE** |

STATE OF NEW JERSEY:
        SS:
COUNTY OF MORRIS:

Steven P. Kartzman, Esq. being duly sworn upon his oath, deposes and says:

1. I am an attorney at law of the State of New Jersey, have been duly admitted to practice in the United States Bankruptcy Court for the District of New Jersey, and am a member of Mellinger, Sanders & Kartzman L.L.C.

2. Neither your deponent nor your deponent's firm has any connection with the above named Debtor, his creditors or any other party in interest herein, his respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except that Steven P. Kartzman, Esq. is the Chapter 7 Trustee for the Debtor in this proceeding.

3. Pursuant to 11 U.S.C. §327 (a), the proposed attorney does not hold or represent an interest adverse to the estate and based upon the within Affidavit, is a disinterested person within

the meaning of 11 U.S.C. §101 (14). Moreover, pursuant to Bankruptcy Rule 2014 (a), to the best of the applicant's knowledge, the proposed attorney has no connection whatsoever with the debtor, creditors or any other party in interest or their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee, except that Steven P. Kartzman is the Chapter 7 Trustee in this case.

MELLINGER, SANDERS & KARTZMAN LLC

By: /s/ Steven P. Kartzman
     Steven P. Kartzman, Esq.

Sworn and Subscribed to
before me this 14th day of
August, 2014.

/s/ Lori Ann Mena
A Notary Public of New Jersey
My Commission Expires 8/19/2015